Priority — ✓
Send
Enter
Closed — ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
APR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO RIVERA, | Case No. CV 07-7276-PA (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOSEPH NORWOOD, WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: *April 22, 2008*.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\RIVERA, A 7276\Judgment.wpd